UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM B. JOHNSON<br><br>Plaintiff,<br>v.<br><br>OFFICER ANTHONY DE PROSPO, # 4483, Paterson Police Department, OFFICER MIGUEL A. CRUZ, # 4522, Paterson Police Department, OFFICER L. TORRES, # 4537, Paterson Police Department, OFFICER Q. MCELVEEN, # 4644, Paterson Police Department, SERGEANT S. ROONEY, #4457, Paterson Police Department, DETECTIVE CLAUDIO MELLA Passaic County Prosecutor's Office, RACHEL KUGEL, ESQ., Attorney-at-Law, and JOHN AND JANE DOES 1–10<br><br>Defendants. | Civ. Action No. 08-1813 (KSH)<br><br><u>**ORDER**</u> |

**<u>KATHARINE S. HAYDEN, U.S.D.J.</u>**

This matter having come before the Court by way of three motions for summary judgment filed by defendants Quaema McElveen ("McElveen") [D.E. 74], Anthony De Prospo ("De Prospo") [D.E. 79], and Luis Torres ("Torres") [D.E. 76]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

**IT IS** on this 30th day of December, 2010,

**ORDERED** that McElveen's motion for summary judgment [D.E. 74] is **granted**; and it is further

1

**ORDERED** that the motions for summary judgment by De Prospo [D.E. 79] and Torres [D.E. 76] are **denied** as to plaintiff William Johnson's claims for excessive force and assault and battery; and it is further

**ORDERED** that the motions for summary judgment by De Prospo [D.E. 79] and Torres [D.E. 76] are **granted** as to plaintiff William Johnson's remaining claims.

/s/ Katharine S. Hayden

December 30, 2010         Katharine S. Hayden, USDJ